_____

No. 95-3570
_____

James McAlphin,                        *
                                       *
            Appellant,                 *
                                       *
     v.                                *    Appeal from the United States
                                       *    District Court for the
S. Rogers, L.P.N.; Nurse Parker;       *    Eastern District of Arkansas.
Dr. Thomas, Delta Regional Unit;       *        [UNPUBLISHED]
PHP Healthcare Corporation,            *
                                       *
            Appellees.                 *


_____

                Submitted:  June 5, 1996

                    Filed:  June 11, 1996
_____

Before FAGG, BOWMAN, and HANSEN, Circuit Judges.
_____

PER CURIAM.


     James McAlphin appeals from the district court's[1] order dismissing
his 42 U.S.C. § 1983 action.  Having carefully reviewed the parties' briefs
and the record (including the hearing transcript), we conclude the district
court correctly determined that McAlphin failed to establish that
defendants were deliberately indifferent to his serious medical needs in
violation of the Eighth Amendment.  Accordingly, we affirm the judgment of
the district court.  See 8th Cir. R. 47B.

_____

     [1]The Honorable George Howard, Jr., United States District
Judge for the Eastern District of Arkansas, adopting the report and
recommendation of the Honorable H. David Young, United States
Magistrate for the Eastern District of Arkansas.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.